IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GEORGE E. ADAMS, III**                                                                 **PLAINTIFF**
**ADC #154094**

V.                            NO. 3:20-CV-00108-BSM

**KAREN SHARP,** *et al***.**                                                            **DEFENDANTS**

### ORDER

George Adams, III's complaint [Doc. No. 2] is dismissed without prejudice because he has failed to pay the $400 filing fee or submit a free-world motion to proceed *in forma pauperis*. Doc. No. 4.

IT IS SO ORDERED this 13th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE