## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GEORGE E. ADAMS, III**                                                    **PLAINTIFF**
**ADC #154094**

**V.**                              **NO. 3:20-CV-00108-BSM**

**KAREN SHARP,** *et al*.                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of August, 2020.


_____
UNITED STATES DISTRICT JUDGE